IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELL HOLLIDAY,**                                                         **PETITIONER**
ADC #171511

VS.                           NO. 4:24-CV-00395-BRW-ERE

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                           **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (*Doc. 1*) is DENIED, and pursuant to the judgment entered with this Order, this case is DISMISSED, WITH PREJUDICE. A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 8th day of July, 2024.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE